DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 275P12 | State v. Terrance Javarr Ross | 1. State's Motion for Temporary Stay | 1. Allowed **06/25/12** Dissolved the Stay **03/07/13** |
|---|---|---|---|
| | | 2. State's Petition for *Writ of Supersedeas* (COA11-1462) | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 288P12 | Patricia Colyer Birtha, as administratrix of the Estate of Sarah Lenon Colyer, deceased; James West Lindsay, as administrator of the Estate of Lottie Mae Lindsay and William Lindsay, deceased; Montez Nelson, next of kin of Rebecca Grier and James Grier, deceased on behalf of themselves and all other persons similarly situated v. Stonemor, North Carolina, LLC; Stonemor, North Carolina Funeral Services, Inc.; Stonemor, North Carolina Subsidiary, LLC; Alderwoods Group, Inc.; Service Corporation International, a/k/a SCI, d/b/a York Memorial Cemetery | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA11-79)<br><br>2. Plt's Motion for Leave to Amend PDR Based on Misapplication of the Law | 1. Denied<br><br>2. Allowed<br><br><br><br>**Beasley, J., Recused** |
| 291P12 | State v. Glenn Edward Whittington | 1. State's Motion for Temporary Stay (COA11-1197) | 1. Allowed **07/09/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |